## THE INTERNATIONAL LIFE ASSURANCE CO. a. SWEETLAND.

*Supreme Court, First District; At Chambers, March,* 1862.

PLACE OF TRIAL.—RESIDENCE.

In the actions referred to in section 125 of the Code, the place of trial must be laid in a county in which some one of the parties to the action resides, without regard to the convenience of witnesses.

A foreign corporation, having an agency and business office in one of the counties of this State, is not a resident of such county within the meaning of section 125 of the Code.

Motion to change the place of trial.

The plaintiff in this action was a foreign corporation; the defendant, James M. Sweetland, executor, &c., resided in Madison county in this State. The plaintiff had an agency in the city of New York for the transaction of business. The action was one of those mentioned in section 125 of the Code. The plaintiff laid the place of trial in the city and county of New York. The defendant seasonably served a demand to have the place of trial changed to the proper county, and now made the present motion.

*John Fitch,* for the motion.

*Platt, Gerard & Buckley,* opposed.

BARNARD, J.—The plaintiff is a foreign corporation, and the defendant resides in Madison county.

The proper place of trial is in that county.

The fact that plaintiff has an agency established in the city and county of New York does not affect the question. On this motion, the place of trial cannot be retained on the ground of convenience of witnesses. This is decided in 7 *How. Pr.,* 356, and I see no reason for dissenting from that case. If plaintiff desires to have the place of trial in the city and county of New

York for convenience of witnesses, he must make a distinct motion therefor; in which case the defendant will be at liberty to show that convenience of witnesses requires the place of trial to be in Madison county.

Motion granted, with $10 costs.